UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STICKER SYNERGY CORPORATION and BAKER ENERGY LLC | * * * | CIVIL ACTION 2014-02521 |
| versus | * * | |
| BRUCE GWYN, ANDREW REID, RAMPANT LEON FINANCIAL CORP., TREATY ENERGY CORPORATION, RONALD LEE BLACKBURN, RICHARD WEYAND, and RLFC BUCKELEW ENERGY, LLC | * * * * * * | SECTION G<br><br>MAGISTRATE 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT ON RONALD LEE BLACKBURN'S MOTION TO DISMISS UNDER RULE 9(b) AND RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995

NOW COMES Ronald E. Blackburn and requests Oral Argument on his Motion to Dismiss under Rule 9(b) and Rule 12(b)(6) of the Federal Rules of Civil Proceedure and Pursuant to the Private Securities Litigation Reform Act of 1995 for the following reasons:

1. Oral argument will assist the court in determining what the plaintiffs seek and where they believe damages are due, as to which there is great doubt and no specificity.

2. It is anticipated that other defendants will join and will want to be heard, it being in the best interests of justice and judicial economy that the entire case be dismissed, not just the claims against Ronald Blackburn.

3. It is anticipated that the issue of fraudulent joinder will be raised as to remand and that the court will be asked to exercise supplemental jurisdiction to rule on all claims in the interests of justice and judicial economy.

4. There are eight defendants named, all of who hold the same view of the lack of specificity and are equally puzzled as to what the plaintiffs are actually saying about whom and why.

5. Oral argument may assist the court in resolving a securities case which appears to run afoul of the provisions of the Private Securities Litigation Reform Act of 1995, a *sui generis* act by the United States Congress to limit litigation abuse in the area of alleged securities fraud.

Respectfully submitted,

/s/ Henry L. Klein (T.A.)
844 Baronne Street
New Orleans, Louisiana 70113
(504) 586-9971
henry@hlklawoffice.com