IN THE UNITED STATES COURT DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STICKER SYNERGY CORPORATION** ) <br> **and BAKER ENERGY, LLC** ) <br>  ) <br> **Plaintiffs,** ) <br>  ) <br> v. ) <br>  ) <br> **BRUCE GWYN, ANDREW REID,** ) <br> **RAMPANT LEON FINANCIAL CORP.,** ) <br> **TREATY ENERGY CORPORATION,** ) <br> **RONALD LEE BLACKBURN,** ) <br> **RICHARD WEYAND, and RLFC** ) <br> **BUCKELEW ENERGY, LLC** ) <br>  ) <br> **Defendants** ) <br>  ) | **Civil Action No. 14-2521** <br><br> **(Section "G," Judge Brown)** |

## ORDER

**CONSIDERING** the foregoing Motion to Expedite Ruling on Their Motion to Continue by Plaintiffs Sticker Synergy Corporation and Baker Energy, LLC (collectively, "Plaintiffs"), and the accompanying memorandum in support, and in light of the fact that briefing on Defendant Ronald Lee Blackburn's Motion to Dismiss would otherwise be due from Plaintiffs on November 18, 2014:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Expedite be and is hereby **GRANTED**, and the Court will set the Motion to Continue for hearing on November 14, 2014 at 10:00 a.m., with any opposition due by November 13, 2014 at 5:00 p.m.

New Orleans, Louisiana, this the 10th day of November, 2014.

*Nannette Jolivette Brown*
**HON. NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**